UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TURNER BROS. CRANE AND
RIGGING, L.L.C.

VERSUS            CIVIL ACTION

KINGBOARD CHEMICAL HOLDING          NO. 06-110-A
LIMITED, et al

FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2007 APR 11  A 10: 54

SIGN _____
BY DEPUTY CLERK

## RULING ON
## MOTION TO REMAND

The court, having carefully considered the plaintiff's motion to remand (doc. 82), the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated March 22, 2007, (doc. 87) to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion.

Accordingly, the plaintiff's motion to remand (doc. 58) is hereby **GRANTED** for lack of subject matter jurisdiction, and this matter shall be remanded to the 23rd Judicial District Court for the Parish of Ascension, State of Louisiana.

Baton Rouge, Louisiana, April 11, 2007.

                                                 JOHN V. PARKER
                                                 UNITED STATES DISTRICT JUDGE
                                                 MIDDLE DISTRICT OF LOUISIANA